11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

AFCO Technologies, Inc.,                    * From the 42nd District
                                              Court of Taylor County,
                                              Trial Court No. 47,770-A.

Vs. No. 11-11-00297-CV                      * June 6, 2013

Corgill Construction, Inc.,                 * Memorandum Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the summary judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Corgill Construction, Inc.